# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV389 |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| JAMES SHURTER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon reading the plaintiff's Petition for Supplemental Proceedings, and it appearing therefrom that this is a proper case for the appearance of James Shurter,

**IT IS ORDERED** that the Petition (Filing 14) is granted, as follows:

1. James Shurter shall appear in Courtroom No. 6, second floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska on **January 26, 2011 at 10:00 a.m.** and answer questions concerning his/her assets, income, expenditures, personal and real property, and credits, before the Honorable F. A. Gossett, III United States Magistrate Judge and/or Laurie M. Barrett, Assistant United States Attorney, and bring with him/her a completed and signed copy of the attached, financial statement and all items listed on Attachment A.

2. A copy of this ORDER shall be served upon the above-named defendant, James Shurter, on or before **January 5, 2011**.

**DATED December 10, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**